No. 75–1473. E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY; and

No. 75–1705. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 4th Cir. [Certiorari granted, 426 U. S. 947.] Mo-

tion of Appalachian Power Co. et al. for leave to file a brief as *amici curiae* granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.